1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARIA PALMA, ROBERT MUNOZ, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiff,

v.

KINKISHARYO INTERNATIONAL LLC, an unknown business entity; and DOES 1 through 100, inclusive,

Defendant.

No. 2:21-cv-09829-JAK-KS

**ORDER RE STATUS UPDATE REGARDING DEFENDANT'S CHANGE OF COUNSEL AND SUPPLEMENTAL BRIEFING ISO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) (DKT. NO. 13) (DKT. 33)**

1            Based on a review of the Defendant's Status Update Regarding Defendant's

2 Change of Counsel and Supplemental Briefing ISO Defendant's Motion for

3 Judgment on the Pleadings Pursuant to FRCP 12(c) (Dkt. No. 13) (the "Status

4 Update" (Dkt. 33)), sufficient good cause has been shown for the requested relief.

5 Therefore, the relief requested in the Status Update is **GRANTED**. Defendant shall

6 file supplemental briefing, as ordered by the Court at the September 26, 2022 hearing

7 on Defendant's Motion for Judgment on the Pleadings (Dkt. 13), on or before

8 November 7, 2022. Defendant's counsel shall not review, or receive any information

9 about, the brief filed on October 24, 2022, by Plaintiff on the same issue, prior to the

10 filing of Defendant's supplemental brief. Defendant's counsel shall file a declaration

11 with the November 7, 2022 brief confirming compliance with this Order.

13         **IT IS SO ORDERED.**

15 Dated:  October 28, 2022

16                               John A. Kronstadt

17                               United States District Judge