|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PALMA, ROBERT MUNOZ, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>KINKISHARYO INTERNATIONAL, LLC, a Delaware limited liability Company; and DOES 1-100 inclusive,<br><br>Defendants. | No. 2:21-cv-09829-JAK (KSx)<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A) (DKT. 48)**<br><br>**JS-6: CASE TERMINATED** |

1

1    Based on a review of the Stipulation of Dismissal Pursuant to F.R.C.P. 41(a) (the
2    "Stipulation" (Dkt. 48)), sufficient good cause has been shown for the requested relief.
3    Therefore, the Stipulation is **APPROVED**, as follows:
4    Plaintiffs' Individual Claims are dismissed with prejudice, and the Representative
5    Non-Individual PAGA Claim and the Class Allegations are dismissed without prejudice.
6    All other existing dates and deadlines in this matter, including the Status Conference
7    scheduled for November 13, 2023, are hereby vacated.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
John A. Kronstadt
United States District Judge